**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| FRED MINOR, | : | No. 29 EAP 2019 |
| | : | |
| Appellant | : | Appeal from the Order of |
| | : | Commonwealth Court dated August |
| | : | 13, 2019 exited on August 14, 2019 |
| v. | : | at No. 795 MD 2018. |
| | : | |
| | : | |
| DEPARTMENT OF CORRECTIONS, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**                                               **DECIDED:  April 22, 2020**

    **AND NOW,** this 22nd day of April, 2020, the order of the Commonwealth Court is

**AFFIRMED**.